Certificate Number: 20611-PAW-DE-039989479

Bankruptcy Case Number: 25-10427



20611-PAW-DE-039989479

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on <u>August 17, 2025</u>, at <u>7:31</u> o'clock <u>PM EDT</u>, <u>Taunya Shepard</u> completed a course on personal financial management given <u>by internet</u> by <u>Ronda J. Winnecour, Chapter 13 Standing Trustee</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:  August 17, 2025        By:  /s/Kathleen B Mills

                               Name:  Kathleen B Mills

                               Title:  TEN Financial Educator