IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 25-10427-JCM |
| TAUNYA SHEPARD | : | |
| Debtor | : | CHAPTER NO. 13 |
| | : | |
| | : | |
| | : | Related to Document No.: |

**<u>NOTICE OF CHANGE OF ADDRESS OF DEBTOR</u>**

Tina M. Fryling, Attorney for the debtor, respectfully represents as follows:

1.  The debtor has changed addresses.

2.  The debtor's old address was  PO BOX 223, HARMONSBURG, PA  16422.

3.  The debtor's new address is 657 PINE STREET, APARTMENT 331, MEADVILLE, PA 16335.

Respectfully Submitted,

__/S/ Tina M. Fryling_____
Tina M. Fryling, Esq.
4258 West 12th Street
Erie, PA 16505
(814) 450 5161
PA Supreme Court ID # 76520