IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :
TAUNYA SHEPARD                                  :
Debtor                                          :        Bankruptcy No. 25-10427-JCM
                                                :        Chapter 13
U.S. BANK AND TRUST COMPANY                     :
NATIONAL ASSOCIATION                            :
Movant                                          :
        V.                                      :        Related  Document No.
TAUNYA SHEPARD                                  :         Related to Claim No. 4
Debtor                                          :

DECLARATION OF DEBTOR REGARDING MORTGAGE PAYMENT

The Debtor hereby declares that the existing payment in the Chapter 13 Plan in the above

captioned bankruptcy case is SUFFICIENT to fund the Plan with the modified mortgage amount.

Date:  July 27,  2026

/s/ Tina M. Fryling
Tina M. Fryling, Esq.
Attorney for Debtor
4258 West 12th Street
Erie, PA  16505
(814) 450 5161