UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:<br>TAUNYA SHEPARD | ) | Case No: 25-10427-JCM |
| | ) | Chapter 13 |
| TAUNYA SHEPARD,<br>Movant | ) | Hearing Date: September 8, 2026<br>Hearing Time: 1:30 p.m. |
| v.<br>U.S. BANK TRUST COMPANY and<br>Ronda J. Winnecour, Trustee,<br>Respondents | ) | |

**NOTICE OF HEARING AND RESPONSE DEADLINE**
**REGARDING MOTION FOR APPROVAL OF MORTGAGE MODIFICATION**

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than August 27, 2026, in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on September 8, 2026 at 1:30 p..m. before Judge John C. Melaragno in the Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501). Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Service: August 10, 2026

__/s/ Tina M Frying________________

Tina M Fryling, Bar ID 76520
Attorney for Debtor
333 State Street, Suite 203
Erie, PA 16509
(814) 450 5161 tinafryling@gmail.com