UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>TAUNYA SHEPARD | Case No: 25-10427-JCM |
| | Chapter 13 |
| TAUNYA SHEPARD,<br>Movant | Hearing Date: September 8, 2026<br>Hearing Time: 1:30 p.m. |
| v.<br>SELECT PORTFOLIO SERVICING and<br>Ronda J. Winnecour, Trustee,<br>Respondents | |

**CERTIFICATE OF NO OBJECTION**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Lien Modification Agreement to Section 522(f) of the bankruptcy code that was filed in this case has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice in this case, objections to the Motion were to be filed and served no later than August 27, 2026.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Respectfully submitted,

Dated: September 3, 2026

By: /s/ Tina M. Fryling

Tina M. Fryling, Esquire
PA I.D. No. 76520
333 State Street, Suite 203
Erie, Pennsylvania 16507
(814) 450 5161
tinafryling@gmail.com