UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>TAUNYA SHEPARD | Case No: 25-10427-JCM |
| | Chapter 13 |
| TAUNYA SHEPARD,<br>Movant | Hearing Date:<br>Hearing Time: 1:30 p.m. |
| v.<br>U.S. BANK TRUST COMPANY and<br>Ronda J. Winnecour, Trustee,<br>Respondents | Related Document No. 29 |

**ORDER**

AND NOW, to-wit, this 3rd day of September, 2026, upon consideration of the foregoing Motion for Approval of Mortgage Modification filed by the Debtor, it is

ORDERED THAT: The offered Lien / Loan Modification is approved regarding the Mortgaged Premises located at 14456 State Highway 18, Harmonsburg, PA 16335 (the "Mortgaged Premises")

ORDERED THAT: The Loan Modification approved by this Order shall survive any conversion or dismissal of this bankruptcy case.

ORDERED THAT: the terms of the Loan Modification shall be as follows:

(a) The maturity date of the loan will be February 1, 2037.
(b) The new principal balance of the loan will be $108.773.69.
(c) The arrearages of $4,000 will be deferred and treated as a non-interest bearing principal forbearance.
(d) The interest bearing principal balance of $104,773.69 will be paid as follows:

1. 2% interest beginning 6/1/2026 with a monthly payment of $562.98 ($317.28 plus escrow)

2. 3% interest beginning 5/1/2031 with a monthly payment of $614.31 ($368.61 plus escrow)

3. 4% interest beginning 5/1/2032 with a monthly payment of $668.48 ($422.78 plus escrow)

4. The deferred principal balance of $4000 will be paid as a balloon payment upon pay off of the interest bearing principal balance, transfer of the property, or at the modified maturity date.

dak
John C. Melaragno
United States Bankruptcy Judge
SIGNED
9/3/26 4:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re: Case No. 25-10427-JCM
Taunya Shepard Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1 User: auto Page 1 of 2
Date Rcvd: Sep 03, 2026 Form ID: pdf900 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Taunya Shepard, 657 Pine Street, Apartment 331, Meadville, PA 16335-2715 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Matthew Fissel | on behalf of Creditor U.S. Bank Trust Company National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as Trustee, in trust for registered holders of First Franklin Mortgage Loan Trust bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert Shearer | on behalf of Creditor U.S. Bank Trust Company National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as Trustee, in trust for registered holders of First Franklin Mortgage Loan Trust rshearer@raslg.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Sherri R Dicks | on behalf of Creditor U.S. Bank Trust Company National Association shrdlaw@outlook.com |

Tina M. Frying
on behalf of Debtor Taunya Shepard tinafryling@gmail.com tfryling@mercyhurst.edu;r53088@notify.bestcase.com

TOTAL: 6