IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 25-10427-JCM |
| TAUNYA SHEPARD | : | |
| Debtor | : | CHAPTER NO. 13 |
| | : | |
| | : | |
| | : | Related to Document No.: |

## NOTICE OF CHANGE OF ADDRESS OF DEBTOR

Tina M. Fryling, Attorney for the debtor, respectfully represents as follows:

1. The debtor has changed addresses.
2. The debtor's old address was 657 PINE STREET, APARTMENT 331, MEADVILLE, PA 16335.
3.

3. The debtor's new address is 637 PINE STREET, APARTMENT 331, MEADVILLE, PA 16335.

Respectfully Submitted,

__/S/ Tina M. Fryling__________
Tina M. Fryling, Esq.
333 State Street,Suite 203
Erie, PA 16507
(814) 450 5161
PA Supreme Court ID # 76520